UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rosa Freedman, | 2:15-cv-0474-JAD-CWH |
| Plaintiff | **Order Denying Motion to Remand** |
| v. | [ECF 38] |
| The Vons Companies, Inc., et al., | |
| Defendants | |

In November 2015, plaintiff filed a motion to remand based on her anticipation that the court would grant her then-pending motion to add claims against diversity-destroying defendants.[1]  I denied the motion to amend and the premature motion to remand during a December 7, 2015, hearing.[2]

Plaintiff has filed another motion to remand, followed by a renewed motion to add claims against allegedly diversity-destroying defendants.[3]  Again she puts the cart before the horse. Unless and until this court grants leave to add claims against local defendants, plaintiff's motion to remand is unripe.

Accordingly, IT IS HEREBY ORDERED that plaintiff's Renewed Motion to Remand to State Court **[ECF 38] is DENIED** without prejudice as premature.

Dated this 7th day of January, 2015

_____
Jennifer A. Dorsey
United States District Judge

---

[1] *See* ECF 27, 28, 32.

[2] *See* minutes at ECF 37.

[3] ECF 38, 39.