UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rosa Freedman, | 2:15-cv-0474-JAD-CWH |
| Plaintiff | **Order Denying Motion for Leave to Amend and Vacating Hearing** |
| v. | |
| The Vons Companies, Inc., et al., | [ECF 39] |
| Defendants | |

Rosa Freedman requests leave to file an amended complaint to name two new individual defendants to this lawsuit.[1] Freedman has failed to comply with Local Rule 15-1, which requires "the moving party to attach the proposed amended pleading to any motion to amend, so that it will be complete in itself without reference to the superseding pleading." Because Freedman did not attach her proposed amended complaint to her motion, I deny her motion for leave to amend without prejudice and vacate the hearing on the motion currently scheduled for March 28, 2016.

Accordingly, IT IS HEREBY ORDERED that plaintiff's second motion to amend/correct complaint **[ECF 39] is DENIED** without prejudice; and **the motion hearing set for March 28, 2016, at 11:30 a.m. is VACATED.**

Dated this 25th day of March 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF 39.