Jack P. Burden, Esq.
Nevada State Bar No. 6918
Tess E. Johnson, Esq.
Nevada State Bar No. 13511
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tel: (702) 872-5555
Fax: (702) 872-5545
jburden@backuslaw.com

Attorneys for Defendant,
*The Vons Companies, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSA FREEDMAN, | ) Case No. 2:15-cv-00474-JAD-CWH |
| Plaintiff, | ) **STIPULATION AND ORDER RE** |
| vs. | ) **DISMISSAL WITH PREJUDICE** |
| THE VONS COMPANIES, INC., a Michigan Corporation; PARAMOUNT BUILDING SOLUTIONS, LLC, a Delaware Corporation; YET UNKNOWN EMPLOYEE AND/OR EMPLOYEES; DOES I through V, inclusive | ) |
| Defendant. | ) |
| THE VONS COMPANIES, INC., | ) |
| Cross-Complainant, | ) |
| vs. | ) |
| PARAMOUNT BUILDING SOLUTIONS, LLC, a Delaware Corporation, | ) |
| Cross-Defendant. | ) |

1

1  COMES NOW Plaintiff ROSA FREEDMAN, by and through her attorney of record, Keith
2  E. Galliher, Esq. and George Kunz, Esq. of The Galliher Law Firm; Defendant/Cross-
3  Complainant, THE VONS COMPANIES, INC. by and through its attorney of record, Jack P.
4  Burden, Esq. of the law office of Backus, Carranza & Burden and PARAMOUNT BUILDING
5  SOLUTIONS, by and through its attorney of record, Sharon A. Parker, Esq. of the law firm of
6  Springel & Fink, LLP, hereby stipulate to dismiss all claims and cross claims that have been
7  brought and/or could have been brought in the above titled litigation *with* prejudice.

8  This dismissal *does* completely resolve this entire matter.

9  Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its
10 own attorneys' fees and costs.

11 This stipulation is entered into in good faith, in the interests of judicial economy and not
12 for the purpose of delay.

13 DATED: July 12, 2016                    DATED: July 21, 2016

14 **THE GALLIHER LAW FIRM**                **BACKUS, CARRANZA & BURDEN**

16 KEITH E. GALLIHER, ESQ.                  JACK P. BURDEN, ESQ.
   GEORGE KUNZ, ESQ.                       3050 South Durango Drive
17 1850 E. Sahara Avenue #107               Las Vegas, Nevada 89117
   Las Vegas, NV 89104                     Tel: 702.872.5555
18 Tel: 702-735-0049                       Fax: 702.872-5545
   Fax: 702-735-0204                       jburden@backuslaw.com
19 Email: kgalliher@galliherlawfirm.com    *Attorneys for Defendant/Cross-Complainant*
   *Attorneys for Plaintiff Rosa Freedman* *The Vons Companies, Inc.*

### ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions are DENIED as moot.  The Clerk of Court is instructed to CLOSE THIS CASE.

Dated:  July 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___JULY 22___, 2016

**SPRINGEL & FINK LLP**

_/s/ Sharon A. Parker_
SHARON A. PARKER, ESQ.
10655 Park Run Dr Ste 275
Las Vegas, NV 89144
702-804-0706
Fax: 702-807-0798
Email: sparker@springelfink.com
*Attorneys for Defendant/Cross-Defendant
Paramount Building Solutions*

<u>ORDER re Case No.: 2:15-cv-00474-JAD-CWH</u>

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2016..

_____
Jennifer A. Dorsey
United States Magistrate Judge
**Case No. 2:15-cv-00474-JAD-CWH**

DATED this _22_ day of _July_, 2016

Respectfully Submitted,

**BACKUS, CARRANZA & BURDEN**

_____
JACK P. BURDEN, ESQ.
3050 South Durango Drive
Las Vegas, Nevada 89117
*Attorneys for Defendant/Cross-Complainant
The Vons Companies, Inc.*